**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1533**

HENRI JEAN-BAPTISTE,

        Plaintiff - Appellant,

    v.

SAP, NATIONAL SECURITY SERVICES, INC.; CORPORATION TRUST, INC.,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paul W. Grimm, District Judge. (8:17-cv-00095-PWG)

Submitted: September 26, 2017          Decided: September 28, 2017

Before NIEMEYER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Henri Jean-Baptiste, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henri Jean-Baptiste appeals the district court's orders dismissing his civil action and denying his motion to reconsider under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jean-Baptise v. SAP, Nat'l Sec. Servs., Inc.*, No. 8:17-cv-00095-PWG (Feb. 15, 2017 & Apr. 11, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*